# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Respondents. | No. 21-70168 |
| YUROK TRIBE, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Respondents. | No. 21-70670 |

# RESPONDENTS' STATUS REPORT

Pursuant to the Court's Orders of June 23, 2022, and November 7, 2024, Respondents United States Environmental Protection Agency and its Administrator file this status report.

1

EPA recently promulgated a rule entitled "Decabromodiphenyl Ether and Phenol, Isopropylated Phosphate (3:1); Revision to the Regulation of Persistent, Bioaccumulative, and Toxic Chemicals under the Toxic Substances Control Act (TSCA)," 89 Fed. Reg. 91486 (Nov. 19, 2024), which amended the EPA rule challenged in the above-captioned consolidated cases, 86 Fed. Reg. 880 (Jan. 6, 2021). This latest rule is scheduled to take effect on January 21, 2025. *Id.* at 91486. Under TSCA, an aggrieved person generally has 60 days from a rule's promulgation to file a petition for review "with the United States Court of Appeals for the District of Columbia Circuit or for the circuit in which such person resides or in which such person's principal place of business is located." 15 U.S.C. § 2618. *See also* 40 C.F.R. § 23.5 (regarding the time and date of EPA's promulgation).

Prior to filing this status report, EPA conferred with Petitioners Alaska Community Action on Toxics, Yurok Tribe, Consumer Federation of America, Learning Disabilities Association of America, and Center for Environmental Transformation, which commenced these consolidated cases in 2021 seeking review of the preceding TSCA rule respecting decabromodiphenyl ether cited above. Petitioners wish for these consolidated cases to remain in abeyance pending the 60-day review period while they determine whether to challenge

EPA's amended TSCA rule for decabromodiphenyl ether, and EPA does not oppose.

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General

Dated: December 3, 2024        */s/ Andrew J. Doyle*_____
        ANDREW J. DOYLE
        Attorney
        United States Department of Justice
        Environment & Natural Resources Div.
        San Francisco Field Office
        450 Golden Gate Avenue, Room 07-6714
        San Francisco, CA 94102
        (202) 532-3156
        andrew.doyle@usdoj.gov

        Attorneys for Respondents