UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, <br><br> Petitioner, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, <br><br> Respondents. | No. 21-70168 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FRL-10018-87 <br> Environmental Protection Agency <br><br> ORDER |
| YUROK TRIBE; et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency, <br><br> Respondents. | No. 21-70670 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FR-10018-87 |

The court has received the status report at Docket Entry No. 45.

The Clerk will administratively close these consolidated petitions. No mandate will issue in connection with this administrative closure, and this order

OSA145

does not constitute a decision on the merits.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT