# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br><br>       Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>       Respondents. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FRL-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br><br>       Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>       Respondents. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br><br>       Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>       Respondents. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**JOINT MOTION TO LIFT ABEYANCE AND ENTER
BRIEFING SCHEDULE**

Petitioners Yurok Tribe et al. and Respondents U.S. Environmental Protection Agency and its Administrator, Lee Zeldin,[1] jointly move the Court to (1) lift the abeyance of these consolidated cases as set forth in the Court's Order dated January 24, 2025 (Doc. No. 12920037), and (2) enter the following proposed briefing schedule in this matter:

| | |
|---|---|
| Administrative Record Index | May 2, 2025 |
| Petitioners' Opening Brief | June 6, 2025 |
| Respondents' Brief | September 30, 2025 |
| Petitioners' Reply Brief | November 14, 2025 |

Respectfully submitted this 24th day of February, 2025.

/s/Katherine K. O'Brien
Katherine K. O'Brien
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

Kelly E. Lester
Earthjustice
48 Wall St., Floor 15
New York, NY 10005
(332) 251-0243
klester@earthjustice.org

---

[1] Per Federal Rule of Appellate Procedure 43(c)(2), Lee Zeldin is automatically substituted for his predecessor.

1

Alana R. Reynolds
Earthjustice
1001 G St., Ste. 1000
Washington, DC 20001
(202) 797-4311
areynolds@earthjustice.org

*Counsel for Petitioners*

/s/Andrew J. Doyle
Andrew J. Doyle
U.S. Department of Justice
ENRD
450 Golden Gate Avenue
Suite 07-6714
San Francisco, CA 94102
(415) 744-6469
andrew.doyle@usdoj.gov

*Counsel for Respondents*

# CERTIFICATE OF COMPLIANCE

This document complies with the page limit specified in Ninth Circuit Rule 27-1(1)(d) and the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document is one page long and contains 100 words. This document complies with the typeface and style requirements of Fed. R. App. P. 32(a) because this document has been prepared in a proportionally spaced typeface using Microsoft Word and in 14-point Times New Roman.

Dated: February 24, 2025

/s/Katherine K. O'Brien
Katherine K. O'Brien