UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALASKA COMMUNITY ACTION ON TOXICS, <br><br> Petitioner, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, <br><br> Respondents. | No. 21-70168 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FRL-10018-87 <br> Environmental Protection Agency <br><br> ORDER |
|---|---|
| YUROK TRIBE; et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, Acting Administrator, United States Environmental Protection Agency, <br><br> Respondents. | No. 21-70670 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FR-10018-87 <br> Environmental Protection Agency |
| YUROK TRIBE; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 24-7497 <br><br> Agency No. <br> EPA–HQ–OPPT–2023–0376 <br> Environmental Protection Agency |

The joint motion (Docket Entry No. 50 in No. 21-70168; Docket Entry No. 14 in No. 24-7497) to lift the abeyance and adopt the parties proposed briefing schedule is granted. The stay of appellate proceedings is lifted.

The certified index to the administrative record is due May 2, 2025.

The consolidated opening brief is due June 6, 2025. The consolidated answering brief is due September 30, 2025. The optional consolidated reply brief is due November 14, 2025.

In light of the modified briefing schedule, no streamlined requests for extensions of time will be approved. Any written motions for extensions of time to file briefs under Ninth Circuit Rule 31-2.2(b) must include a proposed briefing schedule and state whether any separately represented party objects.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT